UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22-cr-71 (SVN) |
| v. | |
| GLENCORE LTD. | March 19, 2025 |

### GOVERNMENT'S NOTICE CONCERNING DEFENDANT'S MONITOR

The Government provides this notice that, having assessed the facts and circumstances, it has determined to exercise its sole discretion under the Plea Agreement [Dkt. #18] to terminate the monitorship early, effective today. Although not required, the defendant Glencore Ltd. consents to the early termination of the monitorship.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Jonathan N. Francis
Assistant United States Attorney